**John Van B. METTS, III, Plaintiff–Appellant,**

v.

**NORTH CAROLINA DEPARTMENT OF REVENUE, Defendant– Appellee.**

**No. 01–1961.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

John Van B. Metts, III, pro se. James Peeler Smith, Assistant Attorney General, K. Naomi Kim, Office of the Attorney General of North Carolina, Raleigh, NC, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

John Van B. Metts, III, appeals from the district court's order dismissing his suit under the Americans with Disabilities Act, as well as various preliminary rulings. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Metts v. North Carolina Dep't of Revenue,* No. CA–00–42–78–BR(1) (E.D.N.C. Jan. 18 & July 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*